# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA C. FERNANDEZ AND MARTHA C. FERNANDEZ, TRUSTEE OF THE MARTHA FERNANDEZ LIVING TRUST DATED February 15, 2006<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A. f/k/a WASHINGTON MUTUAL BANK, FA, NATIONAL ASSOCIATION; CHASE BANK NA; CHASE HOME FINANCE; ALBERTELLI LAW PARTNERS CALIFORNIA, PA; ALAW; NATIONSTAR MORTGAGE, LLC and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.:  SACV 14-01224-JLS (ANx)<br><br>**JUDGMENT OF DISMISSAL** |

On August 1, 2014, Plaintiffs, Martha C. Fernandez and Martha C. Fernandez, Trustee of the Martha C. Fernandez Living Trust Dated February 15, 2006, filed a Complaint in the United States District Court Central District of California.

On November 10, 2014, Defendant JPMorgan Chase Bank, N.A. filed a Motion to Dismiss Plaintiffs' Complaint.

On December 22, 2014, Defendant Albertelli Law Partners California, PA and ALAW filed a Notice of Joinder in Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss.

On January 12, 2015, the Court granted Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss. The Court dismissed the following claims without leave to amend: 1) violation of section 2923.6; 2) violation of the Rosenthal Fair Debt Collection Practices Act; 3) violation of the Consumer Legal Remedies Act; 4) Conversion; 5) Wrongful Foreclosure; 6) Civil Conspiracy to commit Fraud; 7) Quite Title; 8) Declaratory Relief; 9) Injunctive Relief; 10) Cancellation of Instrument; and 11) Unjust Enrichment. The court granted Defendant's Motion to Dismiss as to Plaintiffs' remaining claims with leave to amend and granted Plaintiffs 21 days to file an amended Complaint as to Plaintiffs' remaining claims.

On February 2, 2015, Plaintiffs failed to file an amended Complaint pursuant to the Court's Order on January 12, 2015.

On February 3, 2015, the Court ordered the case Administratively Closed for Plaintiffs' failure to file an amended Complaint pursuant to the Court's Order on January 12, 2015.

**IT IS ORDERED THAT** Defendants JPMorgan Chase Bank N.A., Albertelli Law Partners California, PA and ALAW are dismissed for Plaintiffs' failure to follow the Court's January 12, 2015 Order and timely file an amended Complaint. Judgment shall be entered in favor of Defendants JPMorgan Chase Bank, N.A., Albertelli Law Partners California, PA and ALAW and against Plaintiffs and Plaintiffs shall take nothing by their Complaint.

Dated: February 9, 2015

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE